No. 83–1875.  SMITH, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. *v.* RITTER.  C. A. 11th Cir.  Motion of

respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.